# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**

**CHRISTOPHER SUMMERS**

_____/

**INDICTMENT**

3:25cr167-TKW

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about October 6, 2024, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER SUMMERS,**

did knowingly cause to be delivered by the United States Postal Service, a communication to another person, that is, a United States judge, containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

> "I am writing this letter to you in hopes that you will know what it feels like to be helpless when you know for fact that you're going to either be beaten so badly you'll never function like a normal person again, or be killed. I'm very driven to have you killed, even if I've got to do it myself when I get out and back to Pensacola. I thought I'd have to wait until I got out, but now that I've thought about it I realize that I can have it done now. As soon as I leave this prison and get back to my perminet [sic]



FILED USDC FLND TL
OCT 7 '25 PM1:33

camp I'll get on one of the many cell-phones there and green light a hit on you … Hell if I have to I'd shoot your head off as you pull in to that gate at the Court house, I can do it from that park next door. I don't care if I get more time or even killed. As long as I get you first. So how dose [sic] it feel to know who is going to be responsible [sic] for your life, yet not be able to stop it or do anything about it?"

In violation of Title 18, United States Code, Sections 876(c) and 1114.

A TRUE BILL:

██████████████████

FOREPERSON

_____10/7/25_____
DATE

_____
JOHN P. HEEKIN
United States Attorney

_____
HARLEY W. FERGUSON
Assistant United States Attorney

_____
JOSEPH A. RAVELO
Assistant United States Attorney